Integración de Salas de Verano.

*Número:* —————     *Resuelto:* 16 de junio de 1995

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 3(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. I-A, se constituyen las siguientes Salas Especiales de Despacho para funcionar durante el receso:

*De 1ro al 17 de julio*:

Juez Asociado Señor Francisco Rebollo López (Presidente)

Juez Asociada Señora Miriam Naveira de Rodón

Juez Asociado Señor Jaime B. Fuster Berlingeri

*De 18 de julio al 12 de agosto de 1995*:

Juez Asociado Señor Francisco Rebollo López (Presidente)

Juez Asociada Señora Miriam Naveira de Rodón

Juez Asociado Señor Jaime B. Fuster Berlingeri

Juez Asociado Señor Baltasar Corrada del Río

*De 15 de agosto al 30 de septiembre*:

Juez Presidente Señor José A. Andréu García (Presidente)

Juez Asociado Señor Antonio S. Negrón García

Juez Asociado Señor Federico Hernández Denton

Juez Asociado Señor Baltasar Corrada del Río

Los Presidentes de Sala quedan facultados para sustituir a los Jueces, que integren las salas, que no puedan intervenir en algún asunto ante su consideración y, asimismo, para convocar al Pleno del Tribunal cuando sea necesario. El Tribunal continuará la emisión y certificación de opiniones y sentencias durante este periodo.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*